BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00058-GGH |
| | ) | |
| Plaintiff, | ) | Order of Dismissal |
| | ) | |
| v. | ) | |
| | ) | |
| MARIO SALAS, | ) | DATE: March 19, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Gregory G. Hollows |
| _____ | ) | |

It is hereby Ordered that the plaintiff United States of America's Motion to Dismiss the above captioned matter is GRANTED. The trial confirmation set for March 19, 2012 and the jury trial set for April 2, 2012 are hereby VACATED.

IT IS SO ORDERED.


Dated: March 14, 2012

                                          /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE